# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTICANCER, INC.,<br><br>　　　　　Plaintiff,<br>v.<br><br>XENOGEN CORP., ET AL.,<br><br>　　　　　Defendants.<br>_____ | Civil No: 05-CV-0448-B(AJB)<br><br>**ORDER (1) DENYING WITHOUT PREJUDICE ANTICANCER'S EX PARTE APPLICATION FOR AN ORDER PERMITTING ANTICANCER'S PRIOR, DISQUALIFIED COUNSEL TO PROVIDE A DECLARATION OPPOSING XENOGEN'S MOTION FOR RULE 11 SANCTIONS; AND (2) GRANTING ANTICANCER'S EX PARTE APPLICATION FOR AN ORDER CONTINUING THE HEARING ON XENOGEN'S MOTION FOR RULE 11 SANCTIONS** |

　　　Before the Court is Plaintiff AntiCancer Inc.'s ("AntiCancer") Ex Parte Application, filed on February 23, 2007, for an order (1) permitting AntiCancer's prior, disqualified counsel to provide a declaration opposing Defendant Xenogen Corp.'s ("Xenogen") Motion for Rule 11 Sanctions; and (2) continuing the hearing on Xenogen's Motion for

Rule 11 Sanctions. (Doc. No. 180.) Xenogen's Motion for Rule 11 Sanctions is currently set for hearing before this Court on March 19, 2007. Richard Clegg, counsel for AntiCancer, filed a Notice of Substitution to substitute into the case as AntiCancer's new counsel on February 16, 2007. (Doc. No. 179.) AntiCancer requests the hearing for Xenogen's Motion for Rule 11 Sanctions be continued to April 16, 2007, when the parties already have a hearing scheduled before this Court for Xenogen's Motion to Strike Amended Complaint and For More Definite Statement Regarding AntiCancer, Inc's Third Amended Complaint.

The Court hereby (1) **DENIES** without prejudice AntiCancer's Ex Parte Application for an order permitting AntiCancer's prior, disqualified counsel to provide a declaration opposing Xenogen's Motion for Rule 11 Sanctions; and (2) **GRANTS** AntiCancer's Ex Parte Application for an order continuing the hearing on Xenogen's Motion for Rule 11 Sanctions to **April 16, 2007, at 2:00 P.M.**

**IT IS SO ORDERED**

DATED: March 1, 2007

Hon. Rudi M. Brewster
United States Senior District Court Judge

cc: Hon. Anthony J. Battaglia
United States Magistrate Judge

All Counsel of Record

05-CV-0448-B (AJB)