cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTICANCER, INC., a California corporation,<br><br>     Plaintiff,<br>v.<br><br>XENOGEN CORP., a Delaware corporation; CHRISTOPHER H. CONTAG, a natural person; PAMELA REILLY CONTAG, a natural person; and DOES 3-50,<br><br>     Defendants.<br>XENOGEN CORP., a Delaware corporation,<br><br>     Counter-claimant,<br>v.<br><br>ANTICANCER, INC., a California corporation,<br><br>     Counter-defendant. | Civil No. 05cv448 JLS (AJB)<br><br>ORDER FOLLOWING CASE MANAGEMENT CONFERENCE |

  On October 10, 2007, the Court convened a Case Management Conference in the above entitled action. Appearing were Richard Clegg, Esq. on behalf of plaintiff; James Diboise, Esq. and Alex Mahaney, Esq. on behalf of defendant.

  The Court and counsel discussed the status of this case and its potential relationship to two other matters docketed as 07cv0097 JLS (RBB) and 07cv1004 JAH (NLS). Currently, the response to the

cross-claims is due October 16, 2007, and plaintiff's counsel indicates it will be an answer. The parties are interested in completing discovery and the prompt compliance with the Patent Local Rules with regard to the one new patent in issue. A Scheduling Order leading to a Markman hearing in April 2008 will be issued separately.

The Court grants the parties leave to restart written discovery unaffected by the numbers of prior interrogatories and document requests. Counsel will meet and confer on a plan with regard to supplementation of prior discovery responses and the use of the information derived in those efforts. To the extent there is impasse, counsel will contact the Court to set a discovery conference.

The Court also sets a telephonic Case Management Conference for *April 28, 2008 at 9:00 a.m.* Plaintiff will initiate the call. At that time, the Court and counsel will set final dates for litigation in light of the Markman proceedings that will be concluded at that time.

DATED: October 10, 2007

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court